*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

Submitted March 3, reversed April 26, 2023

In the Matter of N. B.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

N. B.,
*Appellant.*

Multnomah County Circuit Court
22CC04049; A179245

Benjamin S. Johnston, Judge pro tempore.

Christopher J. O'Connor and Multnomah Defenders, Inc. filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Dustin Buehler, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of a judgment involuntarily committing her to the custody of the Mental Health Division for a period not to exceed 180 days, as a person with mental illness, which includes an order prohibiting her from purchasing or possessing firearms. *See* ORS 426.130. In her sole assignment of error, appellant contends that the record does not contain legally sufficient evidence that, due to a mental disorder, she was a danger to herself. *See* ORS 426.005(1)(f)(A); *State v. S. S.*, 309 Or App 131, 133, 480 P3d 321 (2021) ("For purposes of ORS 426.005(1)(f)(A), a person is dangerous to self if the person's mental disorder would cause him or her to engage in behavior that is likely to result in physical harm to self in the near term." (Brackets and internal quotation marks omitted.)); *State v. A. D. S.*, 258 Or App 44, 45, 308 P3d 365 (2013) ("Whether the evidence presented *** is legally sufficient to support a civil commitment is a question of law."). The state concedes that the evidence was insufficient to support the trial court's determination that appellant was a person with mental illness and that the judgment should be reversed. We agree that the evidence here was insufficient, accept the state's concession, and reverse the judgment.

Reversed.